# Court of Appeals
# of the State of Georgia

ATLANTA,   April 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1356.  TRED M. WRIGHT v. THE STATE.**

A jury found Tred M. Wright guilty of possessing cocaine with intent to distribute, and his conviction was affirmed on appeal. See *Wright v. State*, 313 Ga. App. 829 (723 SE2d 59) (2012).  Wright subsequently filed an "Out of Time Motion for New Trial," which the trial court denied on February 13, 2014.  Wright filed this direct appeal.[1]  We lack jurisdiction.

The denial of a motion for an out-of-time appeal is generally subject to direct appeal.  *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999).  However, this rule does not apply where, as here, the defendant has already had a direct appeal from his conviction.  See *Simmons v. State*, 276 Ga. 525 n.2 (579 SE2d 735) (2003). Rather, Wright's motion must be construed as an extraordinary motion for new trial. See, e.g., *Jeffcoat v. State*, 299 Ga. App. 54 (682 SE2d 131) (2009). And an order denying an extraordinary motion for new trial may only be appealed by discretionary application.  See OCGA § 5-6-35 (a) (7). Because Wright is not entitled to a direct appeal, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/08/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Wright also filed an application for discretionary appeal, which remains pending.  See Case Number A14D0269.